```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

BRYAN KERR DICKSON,              :
                                 :
        Plaintiffs               :     No. 1:14-CV-01784
                                 :
    vs.                          :     (Judge Kane)
                                 :
UNITED STATES OF AMERICA,        :
et al.,                          :
                                 :
        Defendants               :
```

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The United States' motion to dismiss the complaint and/or for summary judgment (Doc. 32) is **DENIED** in part.

2. Dickson within thirty (30) days of the date hereof shall show cause in writing why his complaint should not be dismissed for lack of subject matter jurisdiction.

3. Dickson shall provide evidence demonstrating that the denial letter dated March 11, 2014, was not sent to him by certified and return receipt mail on that date. Failure to file such evidence will result in the court issuing an order dismissing and closing the case.

      4. If Dickson provides evidence in accordance with paragraph 3, the United States may file a response within fourteen (14) days thereafter.

<u>S/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

Date: July 1, 2016