UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN KERR DICKSON,** | : | |
| | : | |
| Plaintiffs | : | No. 1:14-CV-01784 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA, et al.,** | : | |
| | : | |
| Defendants | : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Dickson's complaint is **DISMISSED** for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

2. The Clerk of Court shall close this case.

      s/ Yvette Kane
Yvette Kane
United States District Judge

Date: September 12, 2016